UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
                                                             :
                                                             :
                                                             :
 Eliezer Levin,                                              :
                                                             :
                                       Plaintiff,            :     Case No. 18-CV-1586
                                                             :
        - against -                                          :     **ECF CASE**
                                                             :
                                                             :     **JURY DEMAND**
                                                             :
 The Ministry of Culture and Tourism, Republic               :
 of Turkey,                                                  :
                                                             :
                                       Defendant.            :
                                                             :
                                                             :
-------------------------------------------------------------x
```

    Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff Eliezer Levin hereby demands trial by jury in this action on all issues so triable.

Dated:  New York, New York
          February 26, 2018

                                  Respectfully submitted,

                                  WILMER CUTLER PICKERING
                                  HALE AND DORR LLP

                                  *Attorneys for Plaintiff Eliezer Levin*

                              By:   /s/ Sharon Cohen Levin
                                  Sharon Cohen Levin
                                  7 World Trade Center
                                  250 Greenwich Street
                                  New York, NY 10007
                                  (212) 230-8804 (t)
                                  (212) 230-8888 (f)
                                  Sharon.Levin@wilmerhale.com