UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Eliezer Levin,

        Plaintiff,

     v.

The Ministry of Culture and Tourism, Republic of Turkey,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civ. Action No. 18-CV-1586

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance as counsel in this action for Eliezer Levin.  I certify that I am admitted to practice in this court.

Dated: New York, New York
       February 26, 2018

Respectfully submitted,

/s/ Lisabeth Mendola-D'Andrea
Lisabeth Mendola-D'Andrea
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

*Attorney for Eliezer Levin*