UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __2-26-18__

-----------------------------------------------------------------X

ELIZER LEVIN,

                  Plaintiff,

        -against-

THE MINISTRY OF CULTURE AND TOURISM
REPUBLIC OF TURKEY,

                  Defendant.

-----------------------------------------------------------------X

18 civ 1586 (JGK)

## ORDER

A conference is scheduled for **Monday, March 12, 2018, at 2:30pm.**

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      February 23, 2018