WILMERHALE

**Sharon Cohen Levin**

+1 212 230 8804 (t)
+1 212 230 8888 (f)
sharon.levin@wilmerhale.com

March 6, 2018

*By ECF*

The Honorable John G. Koeltl
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Levin v. The Ministry of Culture and Tourism, Republic of Turkey*, 18-Civ. 1586 (JGK)

Dear Judge Koeltl:

As counsel for Plaintiff, Eliezer Levin, in the above-referenced matter, I write to respectfully request an adjournment of the conference scheduled for March 12, 2018 at 2:30 p.m. Because the defendant is a foreign sovereign, service must be effectuated in accordance with the Hague Convention. We have not yet been able to effectuate such service.

Pursuant to Your Honor's Individual Rule 1(E), we provide the following information:

i.   The original date of the conference is March 12, 2018.
ii.  No previous request for adjournments have been made.
iii. The defendant, The Ministry of Culture and Tourism, Republic of Turkey, has not yet been served with notice of the instant action; under Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has until May 22, 2018 to serve the defendant.
iv.  The plaintiff proposes that the conference be rescheduled to a date after May 22, 2018.

We thank you for your consideration of this request.

Respectfully Submitted,

/s/ Sharon Cohen Levin

Sharon Cohen Levin
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. 212-230-8800
Fax 212-230-8888
sharon.levin@wilmerhale.com

CC: All counsel of Record (via ECF)

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    Washington