UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
Eliezer Levin,

                      Plaintiff,

     - against -

The Ministry of Culture and Tourism, Republic of Turkey,

                      Defendant.

----------------------------------------------------------------x

Case No. 18-CV-1586

**ECF CASE**

**SUBSTITUTE CUSTODIAN ORDER**

      WHEREAS, on February 21, 2018, plaintiff, Eliezer Levin ("Levin"), commenced the instant action by filing a Complaint for Declaratory Judgment asserting and seeking declaratory judgment against defendant the Ministry of Culture and Tourism, Republic of Turkey ("Turkey") with respect to a certain 58.5-centimeter-tall ancient Roman marble statue of the goddess Cybele (the "Cybele");

      WHEREAS, Christie's in New York, New York, ("Christie's") has agreed to serve as a substitute custodian for the Cybele and hold it in their custody and control pending resolution of the instant action;

      WHEREAS, the Court has determined that it is in the best interest of both the plaintiff and defendant to have the Cybele held at Christie's pending the resolution of the instant action;

      NOW THEREFORE IT IS HEREBY ORDERED THAT:

      1.    Christie's is hereby appointed by this Court as a substitute custodian for the Cybele pending resolution of the instant matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/6/18

2. Christie's shall maintain sole and exclusive possession of the Cybele pending further order of this Court.

Dated: New York, New York
~~February~~ _____, 2018
April 6,

SO ORDERED:

_____
United States District Judge