# WILMERHALE

May 21, 2018

**By ECF**

The Honorable John G. Koeltl
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Sharon Cohen Levin**

+1 212 230 8804 (t)
+1 212 230 8888 (f)
sharon.levin@wilmerhale.com

*ADJOURNED TO WEDNESDAY JULY 25, 2018, AT 4:30PM.*
*SO ORDERED.*
*5/23/18  /s/ John G. Koeltl
                    U S D J*

Re: *Levin v The Ministry of Culture and Tourism, Republic of Turkey*, 18 Civ 1586 (JGK)

Dear Judge Koeltl:

As counsel for Plaintiff, Eliezer Levin, in the above-referenced matter, I write to update the Court on the status of the service on The Ministry of Culture and Tourism, Turkey.

The relevant documents were translated and sent via international Federal Express to The Hague Central Authority for Turkey on May 14, 2018. We have received confirmation that the documents were received by The Hague Central Authority on May 18, 2018. We are now awaiting confirmation from the Turkish authorities that they have effectuated service, pursuant to Turkish law, on the Ministry of Culture and Tourism

We will promptly notify the Court upon receipt of confirmation that the Ministry of Culture and Tourism has been properly served by the Turkish authorities Accordingly, we respectfully request an extension of time for the Plaintiff to serve the Ministry of Culture and Tourism.

Additionally, in light of the fact that the Ministry of Culture and Tourism has not yet been served we respectfully request that the June 5, 2018 conference be adjourned to a later date.

We thank you for your consideration of this request

Respectfully submitted,

*/s/ Sharon Cohen Levin*
Sharon Cohen Levin

CC: All Counsel of Record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __5-23-18__

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   Washington