**WILMERHALE**

Sharon Cohen Levin

+1 212 230 8804 (t)
+1 212 230 8888 (f)
sharon.levin@wilmerhale.com

July 20, 2018

*By ECF*

The Honorable John G. Koeltl
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*ADJOURNED TO WEDNESDAY,*
*OCTOBER 3, 2018, AT 4:30PM*
*SO ORDERED.*
/s/ John G. Koeltl
7/23/18           USDJ

Re: *Levin v. The Ministry of Culture and Tourism, Republic of Turkey*, 18 Civ. 1586 (JGK)

Dear Judge Koeltl:

As counsel for Plaintiff, Eliezer Levin, in the above-referenced matter, I write to update the Court on the status of the service on the Ministry of Culture and Tourism, Turkey and to request an adjournment of conference scheduled for July 25, 2018 at 4:30 pm.

As we have previously advised the Court, the relevant documents were translated and sent via international Federal Express to The Hague Central Authority for Turkey on May 14, 2018 and we received confirmation that the documents were received by The Hague Central Authority on May 18, 2018. However, we have not yet received confirmation from the Turkish authorities that they have effectuated service, pursuant to Turkish law, on the Ministry of Culture and Tourism.

We will promptly notify the Court upon receipt of confirmation that the Ministry of Culture and Tourism has been properly served by the Turkish authorities. Accordingly, we respectfully request an extension of time for the Plaintiff to serve the Ministry of Culture and Tourism

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/24/18

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    Washington

WILMERHALE

July 20, 2018
Page 2

Additionally, since we do not yet have confirmation that the Ministry of Culture and Tourism has been served we respectfully request that the July 25, 2018 conference be adjourned to a later date.

We thank you for your consideration of this request.

Respectfully Submitted,

/s/ Sharon Cohen Levin

Sharon Cohen Levin
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. 212-230-8800
Fax 212-230-8888
sharon.levin@wilmerhale.com

cc: All Counsel of Record