

**Lawrence M. Kaye**
Partner
Phone 212 592 1410
Fax 212 545 3331
lkaye@herrick.com

September 10, 2018

*Time to respond to the complaint extended to November 5, 2018.*
*Conference adjourned to Wednesday, November 14, 2018, at 4:30 PM.*
*SO ORDERED.*
*9/11/18* [signature]
*USDJ*

**BY ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re *Levin v. The Ministry of Culture and Tourism, Republic of Turkey*, 18 Civ. 1586 (JGK)

Dear Judge Koeltl:

The undersigned represent, respectively, Plaintiff, Eliezer Levin, and Defendant, The Ministry of Culture and Tourism, Republic of Turkey in the above-referenced matter. We jointly write to update the Court on the status of service of the Complaint on Defendant, set a deadline for the Defendant to answer or otherwise respond to the Complaint, and request an adjournment of the conference scheduled for October 3, 2018 at 4:30 pm.

As Plaintiff's counsel previously advised the Court, the relevant documents were translated and sent via international Federal Express to The Hague Central Authority for Turkey on May 14, 2018, and Plaintiff's counsel received confirmation that the documents were received by The Hague Central Authority on May 18, 2018. Plaintiff's counsel advises that it has not yet received confirmation from the Turkish authorities that they have effectuated service, pursuant to Turkish law, on the Ministry of Culture and Tourism.

Although Defendant's counsel is advised that the Complaint was received by the Ministry on or about July 16, 2018, since proof of service has not been received by Plaintiff's counsel, it is unclear when Defendant's time to respond starts to run. The parties would like to set a date certain for Defendant to respond to the Complaint and jointly request that the Defendant have until November 5, 2018 to answer or otherwise respond to the Complaint.

HERRICK, FEINSTEIN LLP · Two Park Avenue · New York NY 10016 · Phone 212 592 1400 · Fax 212 592 1500

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED _9/12/18_

**HERRICK**

Hon. John G. Koeltl
September 10, 2018
Page 2

      Additionally, the parties request that the October 3, 2018 conference be adjourned to a date after November 5, 2018.

                                            Respectfully submitted,

| HERRICK, FEINSTEIN LLP | WILMER CUTLER PICKERING HALE & DORR LLP |
|---|---|
| By:   s/Lawrence M. Kaye<br>      Lawrence M. Kaye, Esq. | By:   s/Sharon Cohen Levin<br>      Sharon Cohen Levin, Esq. |
| 2 Park Avenue<br>New York, New York 10016<br>(212) 592-1400<br>lkaye@herrick.com<br>*Attorneys for Defendant The Ministry of Culture and Tourism, Republic of Turkey* | 7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>(212) 230-8800<br>sharon.levin@wilmerhale.com<br>*Attorneys for Plaintiff Eliezer Levin* |

cc:    All Counsel of Record (via ECF)