
**HERRICK**

Lawrence M. Kaye
Partner
Phone 212 592 1410
Fax 212 545 3331
lkaye@herrick.com

November 2, 2018

**BY ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re. *Levin v. The Ministry of Culture and Tourism, Republic of Turkey*, 18 Civ. 1586 (JGK)

Dear Judge Koeltl:

The undersigned represent, respectively, Plaintiff, Eliezer Levin, and Defendant, The Ministry of Culture and Tourism, Republic of Turkey, in the above-referenced matter. We jointly write to request an extension of the time for the Defendant to answer or otherwise respond to the Complaint. The current deadline is November 5, 2018, which was requested by a joint letter-motion dated September 10, 2018. The Court granted the first joint letter-motion. This is the second joint letter-motion requesting an extension of time to answer or otherwise respond to the Complaint.

The parties are exploring possible resolution of the matter and therefore have agreed to a 30-day extension of time for the Defendant to answer or otherwise respond to the Complaint up to and including December 5, 2018.

Additionally, the parties request that the November 14, 2018 conference be adjourned to a date after December 5, 2018.

Respectfully submitted,

HERRICK, FEINSTEIN LLP			WILMER CUTLER PICKERING
						HALE & DORR LLP

By:   s/Lawrence M. Kaye			By:   s/Sharon Cohen Levin
     Lawrence M. Kaye, Esq.			     Sharon Cohen Levin, Esq.

HERRICK, FEINSTEIN LLP • Two Park Avenue • New York, NY 10016 • Phone 212 592 1400 • Fax 212 592 1500

*Handwritten by Judge:*
1. Time to respond to the complaint extended to 12/5/18.
2. Conference adjourned to 12/10/18 at 4:30 P.M. So ordered.
/s/ John G. Koeltl
U.S.D.J.
11/5/18

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-5-18

# HERRICK

Hon. John G. Koeltl
November 2, 2018
Page 2

| | |
|---|---|
| 2 Park Avenue | 7 World Trade Center |
| New York, New York 10016 | 250 Greenwich Street |
| (212) 592-1400 | New York, New York 10007 |
| lkaye@herrick.com | (212) 230-8800 |
| *Attorneys for Defendant The Ministry* | sharon.levin@wilmerhale.com |
| *of Culture and Tourism, Republic of Turkey* | *Attorneys for Plaintiff Eliezer Levin* |

cc:   All Counsel of Record (via ECF)