**WILMERHALE**

Sharon Cohen Levin

+1 212 230 8804 (t)
+1 212 230 8888 (f)
sharon.levin@wilmerhale.com

March 21, 2019

*By ECF*

The Honorable John G. Koeltl
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Time to answer or move extended to June 24, 2019. Conference adjourned to Tuesday, July 15, 2019, at 4:30PM.
> So ordered.
> /s/ John G. Koeltl
> 3/21/19      USDJ

Re:   *Levin v. The Ministry of Culture and Tourism, Republic of Turkey*, 18 Civ. 1586 (JGK)

Dear Judge Koeltl:

The undersigned represent, respectively, Plaintiff, Eliezer Levin, and Defendant, the Ministry of Culture and Tourism, Republic of Turkey and Counterclaim Plaintiff, the Republic of Turkey in the above-referenced matter.

The parties have been negotiating and exploring a possible resolution of the matter and therefore jointly write to respectfully request a 120-day adjournment of the conference currently scheduled for April 9, 2019, and a 90-day day extension of the deadline for Plaintiff to move or answer the Counterclaims, from March 26, 2019 to June 24, 2019.

The parties previously requested adjournments of the conference by joint letter motions on December 4, 2018, November 2, 2018, September 10, 2018, and January 18, 2019 all of which were granted. This is the fifth joint letter-motion requesting an adjournment of the conference. This is the second request for an extension of the deadline for Plaintiff to move or answer the Counterclaims.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3-22-19

WILMERHALE

March 21, 2019
Page 2

    We thank you for your consideration of this request.

                            Respectfully Submitted,

HERRICK, FEINSTEIN LLP

By:    /s/ Lawrence M. Kaye
     Lawrence M. Kaye, Esq.
     2 Park Avenue
     New York, New York 10016
     (212) 592-1400
     lkaye@herrick.com
     *Attorneys for Defendant the Ministry*
     *of Culture and Tourism, Republic of*
     *Turkey and Counterclaim Plaintiff*
     *Republic of Turkey*

WILMER CUTLER PICKERING
HALE & DORR LLP

By:    /s/ Sharon Cohen Levin
     Sharon Cohen Levin, Esq.
     7 World Trade Center
     250 Greenwich Street
     New York, New York 10007
     (212) 230-8804
     Sharon.Levin@WilmerHale.com
     *Attorneys for Plaintiff Eliezer Levin*

cc:   All Counsel of Record (via ECF)