## WILMERHALE

**Sharon Cohen Levin**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __7-10-19__

+1 212 230 8804 (t)
+1 212 230 8888 (f)
sharon.levin@wilmerhale.com

July 9, 2019

*Conference adjourned*
*to 9/26/19 at 4:30 P.M.*
*No further adjournments.*
*So ordered.*
*7/10/19.*
*u.s.d.s.*

*By ECF*

The Honorable John G. Koeltl
United States District Court for the
    Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *Levin v. The Ministry of Culture and Tourism, Republic of Turkey*, 18 Civ. 1586 (JGK)

Dear Judge Koeltl:

The undersigned represent, respectively, Plaintiff, Eliezer Levin, and Defendant, the Ministry of Culture and Tourism, Republic of Turkey and Counterclaim Plaintiff, the Republic of Turkey in the above-referenced matter.

The parties have been negotiating and exploring a possible resolution of the matter and therefore jointly write to respectfully request an adjournment of the conference currently scheduled for July 15, 2019 to a date after September 23, 2019, the deadline for Plaintiff to move or answer the Counterclaims.

The parties previously requested adjournments of the conference by joint letter motions on December 4, 2018, November 2, 2018, September 10, 2018, January 18, 2019, and March 21, 2019, all of which were granted. This is the sixth joint letter-motion requesting an adjournment of the conference.

# WILMERHALE

July 9, 2019
Page 2

We thank you for your consideration of this request.

Respectfully Submitted,

HERRICK, FEINSTEIN LLP

WILMER CUTLER PICKERING
HALE & DORR LLP

By: _____ /s/ Lawrence M. Kaye _____
    Lawrence M. Kaye, Esq.
    2 Park Avenue
    New York, New York 10016
    (212) 592-1400
    lkaye@herrick.com
    *Attorneys for Defendant the Ministry*
    *of Culture and Tourism, Republic of*
    *Turkey and Counterclaim Plaintiff*
    *Republic of Turkey*

By: _____ /s/ Sharon Cohen Levin _____
    Sharon Cohen Levin, Esq.
    7 World Trade Center
    250 Greenwich Street
    New York, New York 10007
    (212) 230-8804
    Sharon.Levin@WilmerHale.com
    *Attorneys for Plaintiff Eliezer Levin*

cc: All Counsel of Record (via ECF)